Thomas A. Thompson, #6-2640
MacPherson & Thompson, LLC
P.O. Box 999
616 W. Buffalo
Rawlins, WY 82301
(307) 324-2713-phone
(307) 324-7348-fax

Attorney for Defendants
Albany County Sheriff's Department,
Aaron Gallegos and Christian Handley,
in their official capacities

tthompson@wyomingattorneys.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| EMILY QUALLEN, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ALBANY COUNTY SHERIFF'S ) <br> DEPARTMENT, AARON GALLEGOS, ) <br> CHRISTIAN HANDLEY, ) <br> AND DOES 1-20, ) <br> ) <br> Defendants. ) | Civil Action No. 20-CV-21-J |

## DEFENDANTS' FED R. CIV. P. RULE 12(b)(6) MOTION TO DISMISS

**COME NOW,** Defendants, Albany County Sheriff's Department, Aaron Gallegos in his offical capacity and Christian Handley in his official capacity, in the above entitled matter, by and through their attorney, Thomas A. Thompson, of MacPherson & Thompson, LLC, and hereby file their Fed. R. Civ. P. Rule 12(b)(6) Motion to Dismiss. Defendants have concurrently filed herewith, their Memorandum In Support of Motion to Dismiss.

WHEREFORE, Defendants Albany County Sheriff's Department, Aaron Gallegos in his official capacity and Christian Handley in his official capacity, respectfully request that this Court grant Defendant's Motion to Dismiss and for such other and further relief as the Court deems proper under the circumstances.

DATED this 4th day of March, 2020.

/s/Thomas A. Thompson
Thomas A. Thompson, #6-2640
MacPherson & Thompson, LLC
P.O. Box 999/616 West Buffalo
Rawlins, WY 82301
(307) 324-2713/(307) 324-7348 - fax

## CERTIFICATE OF SERVICE

This is to certify that on the 4th day of March, 2020, I electronically transmitted the foregoing document to the Clerk of the Court of the U.S. District Court, District of Wyoming, using the CM/ECF system for filing. Based on the records currently on file the Clerk of Court will transmit a Notice of Electronic Filing to all register counsel of record including the following:

Scott A. Homar
scott@kukerlaw.com

Travis W. Koch
travis@kukerlaw.com

Overstreet, Homar & Kuker
508 East Eighteenth Street
Cheyenne, WY 82001
Attorneys for Plaintiff

/s/Thomas A. Thompson
For MacPherson & Thompson, LLC

Filed by: js