Thomas A. Thompson, #6-2640
MacPherson & Thompson, LLC
P.O. Box 999
616 W. Buffalo
Rawlins, WY 82301
(307) 324-2713-phone
(307) 324-7348-fax
Attorney for Defendants
Albany County Sheriff's Department,
Aaron Gallegos and Christian Handley
in their official capacities
tthompson@wyomingattorneys.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| EMILY QUALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 20-CV-21-J |
| | ) |
| ALBANY COUNTY SHERIFF'S | ) |
| DEPARTMENT, AARON GALLEGOS, | ) |
| CHRISTIAN HANDLEY, | ) |
| AND DOES 1-20, | ) |
| | ) |
| Defendants. | ) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

COME NOW the parties to the above-captioned matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, and hereby stipulate to the dismissal of all claims against all Defendants WITH PREJUDICE, and that each party bear their own attorney's fees and costs incurred in either the defense or prosecution of this case. The parties stipulate that this Honorable Court should vacate all deadlines set in this matter.

DATED this 14th day of December, 2020.

_____
Thomas A. Thompson, WSB #6-2640
MacPherson & Thompson, LLC
P.O. Box 999
616 West Buffalo
Rawlins, WY 82301
Attorneys for Defendants

_____
Scott A. Homar, WSB #6-3092
Overstreet, Homar & Kuker
508 East Eighteenth Street
Cheyenne, WY 82001
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that on the 15TH day of December, 2020, I electronically transmitted the foregoing document to the Clerk of the Court of the U.S. District Court, District of Wyoming, using the CM/ECF system for filing. Based on the records currently on file the Clerk of Court will transmit a Notice of Electronic Filing to all register counsel of record including the following:

Scott A. Homar
scott@kukerlaw.com

Overstreet, Homar & Kuker
508 East Eighteenth Street
Cheyenne, WY 82001
Attorneys for Plaintiff

/s/Thomas A. Thompson
For MacPherson & Thompson, LLC

Filed by: js